IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>EDWIN VELAZQUEZ BORGOS and MARYFLOR RIVAS-VELAZQUEZ | Case No. 22-13002-mdc<br><br>Chapter 13 |
| EDWIN VELAZQUEZ BORGOS AND MARYFLOR RIVAS-VELAZQUEZ,<br>    Movant<br><br>vs.<br><br>Nationstar Mortgage LLC,<br>    Respondent | |

**RESPONSE TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

Nationstar Mortgage LLC, (herein, "Respondent") by and through undersigned counsel, hereby responds to the Motion to Sell Real Property Free and Clear of Liens and Encumbrances [Doc. 25] filed on May 2, 2023 and in support thereof, shows unto the Court as follows:

1. Admitted

2. Admitted

3. Denied. By way of further answer, Respondent is without knowledge or information to admit or deny this allegation. Strict proof is demanded at trial.

4. Admitted.

5. Admitted

      6.      Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegation in Paragraph 6. Strict proof is demanded at trial.

      7.      Admitted. By way of further answer, the Payoff is currently $350,891.34 for the first mortgage.

      8.      Denied.

      9.      Denied. By way of further answer, Respondent is without knowledge or information to admit or deny the allegation in Paragraph 9. Strict proof is demanded at trial.

**WHEREFORE**, Respondent respectfully requests that this Honorable Court deny the Motion to Sell Real Property Free and Clear of Liens and Encumbrances and for any other relief the Court deems just and proper.

This the 9th day of May, 2023

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>EDWIN VELAZQUEZ BORGOS aka Edwin Velazquez AND MARYFLOR RIVAS-VELAZQUEZ aka Mary F. Velazquez | Case No. 22-13002-mdc |
| Nationstar Mortgage LLC,<br>    Movant<br><br>vs.<br><br>EDWIN VELAZQUEZ BORGOS aka Edwin Velazquez AND MARYFLOR RIVAS-VELAZQUEZ aka Mary F. Velazquez,<br>    Debtors | Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Motion to Sell Real Property Free and Clear of Liens and Encumbrances has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102
brad@sadeklaw.com


KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

Philadelphia, PA 19107

Via First Class Mail:

EDWIN VELAZQUEZ BORGOS
101 Osprey Way
Phoenixville, PA 19460

MARYFLOR RIVAS-VELAZQUEZ
101 Osprey Way
Phoenixville, PA 19460

Date: May 16, 2023

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com